IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON MINGO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAGIC HAT CONSULTING | : | NO. 14-5433 |

## ORDER

**AND NOW**, this 30th day of July, 2015, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 18), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the **MOTION** is **GRANTED**.  **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff as to Counts I, II and IV of the Complaint and the Clerk is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.